

opinion filed June 4, 1948; rehearing denied September 14, 1948; released for publication September 15, 1948. Charles M. Robson, Oscar R. Laraway and Robert E. Higgins, for appellant; Krusemark & Krusemark, for appellee; Albert H. Krusemark, Jr., of counsel. Opinion by JUSTICE DOVE. Not to be published in full.

## Rosalie Bloom, Appellant, v. Irving H. Babbitt, Appellee.

### Gen. No. 44,383. 

opinion filed June 21, 1948; released for publication September 9, 1948. C. B. Hankel, Jr., for appellant; Joseph W. Grady, of counsel; Samuel Wodika, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

## McKay Engineering and Construction Company, Appellant, v. Sanitary District of Chicago, Appellee.

### Gen. No. 44,110.